# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145462

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARIAN DOUGLAS CAUSLEY,
      Defendant-Appellant.

SC: 145462
COA: 309871
Chippewa CC: 10-000482-FC

_____/

      On order of the Court, the application for leave to appeal the June 1, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

s1113